# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139803

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 139803
COA: 291420
Wayne CC: 03-009154-01

RICKY EUGENE GROSS,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322